# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America )<br>v. )<br>RAYMOND ANTHONY LONDON )<br> )<br>Date of Previous Judgment: 8/7/2007 (signed 8/16/2007) )<br>(Use Date of Last Amended Judgment if Applicable) ) | Case No: 3:05CR00402-002<br>USM No: 21573-058<br>Reggie McKnight<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __405 (Cts. 1&2)__ months **is reduced to** __327 (Cts. 1&2)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__     Amended Offense Level: __36__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __325__ to __405__ months     Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):   *The defendant is also serving a concurrent sentence of 120 months in Count 5 for a violation of 18 U.S.C. § 922(g) and a consecutive sentence of 60 months in Count 3 for a violation of 18 U.S.C. § 924 (c).

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __8/16/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __August 27, 2009__

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge