UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05-cr-00402-FDW-CH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND ANTHONY LONDON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence under the First Step Act of 2018 (Doc. No. 183), Motions for Appointment of Counsel (Doc. Nos. 184-87), and Motion for Compassionate Release (Doc. No. 188).

The Court hereby ORDERS the Government to respond to Defendant's Motion for Reduced Sentence under the First Step Act and Motion for Compassionate Release. (Doc. Nos. 183, 188). The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

With respect to the Motion to Appoint Counsel, criminal defendants have no right to counsel beyond their first appeal. E.g., United States v. Kenny, No. 3:01-cr-00185-FDW, 2020 WL 2094116, at *1 (W.D.N.C. Apr. 30, 2020); United States v. Ismel, No. 3:94-CR-00008-1, 2012 WL 113392, at *1 (W.D. Va. Jan. 13, 2012). Defendant has not shown extraordinary circumstances warranting the appointment of counsel at this time. The Motions (Doc. Nos. 184-87) are therefore DENIED.

IT IS THEREFORE ORDERED:

1. The Government *must* respond to the Defendant's Motions for Compassionate Release and Motion for Reduction of Sentence under the First Step Act of 2018 (Doc. Nos. 183, 188) within **thirty (30) days**; and

2. Defendant's Motions to Appoint Counsel (Doc. Nos. 184-87) are DENIED.

IT IS SO ORDERED.

Signed: November 2, 2020

Frank D. Whitney
United States District Judge