UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05-cr-00402-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RAYMOND ANTHONY LONDON, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court *sua sponte* following the filing of Defendant's Supplemental Motion to Reduce Pursuant to the First Step Act of 2018 (Doc. No. 195). Although the Government has already responded to Defendant's previously filed pro se motion, in light of the supplemental motion filed through counsel, the Court hereby ORDERS the Government to supplement its response with any arguments and/or concessions on the merits of Defendant's motion no later than twenty-eight (28) days from the date of this Order. If applicable, the response should also include whether or not Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine. Defendant shall have up to twenty-one (21) days after service of the Government's supplemental response to submit a supplemental brief containing any final arguments or evidence in support of his motion. The Government shall advise the United States Probation Office if the Government believes another supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: November 10, 2021

Frank D. Whitney
United States District Judge