UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 3:05-CR-402-2 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RAYMOND ANTHONY LONDON, ) | ORDER |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the Defendant's Motions for a Reduced Sentence under the First Step Act of 2018 (Dkt. Nos. 183, 195). The government, through AUSA Amy E. Ray, has filed a response consenting to the requested relief (Dkt. No. 199). For the reasons stated in those filings, the Court will grant the motions.

IT IS THEREFORE ORDERED that Defendant's motions (Doc. Nos. 183, 195) are GRANTED. Defendant's aggregate sentence is reduced to Time Served plus ten (10) days, that the term of supervised release on Count One is reduced to four (4) years, and that the term of supervised release on Count Two is reduced to three (3) years. All other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Defendant's remaining motions seeking appointment of counsel and compassionate release (Dkt. Nos. 184, 185, 186, 187, 188) are denied as moot.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States

Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

    IT IS SO ORDERED.

Signed: December 22, 2021

Frank D. Whitney
United States District Judge